COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-141-CV

 

IN RE RICHARD LEE BOWEN                                                     RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of habeas corpus and is of the opinion that the petition is
moot because relator is no longer confined. 
Accordingly, relator=s
petition for writ of habeas corpus is dismissed as moot.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
LIVINGSTON, WALKER, and MEIER, JJ.

 

DELIVERED: 
May 26, 2009











     [1]See
Tex. R. App. P. 47.4.